[NOT FOR PUBLICATION — NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1699

VICTOR VEGA-ENCARNACION,
Plaintiff, Appellant,

v.

ROBERT MATHEWS, REGIONAL DIRECTOR,
FEDERAL BUREAU OF PRISONS, ET AL.,
Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. Juan M. Pérez-Giménez, U.S. District Judge]

---

Before

Torruella, Chief Judge,

Campbell, Senior Circuit Judge,

and Selya, Circuit Judge.

---

David W. Roman and Brown & Ubarri on brief for appellant.
Guillermo Gil, United States Attorney, Miguel A. Fernández and Camille Vélez-Rivé, Assistant United States Attorneys, on brief for appellees.

---

JUNE 7, 2001

---

**Per Curiam.** By order entered February 26, 2001, we stayed all proceedings in this fully-briefed appeal. In that order, we noted that the United States Supreme Court had granted certiorari to review the decision of the Court of Appeals for the Third Circuit in <u>Booth</u> v. <u>Churner</u>, 206 F.3d 289 (3d Cir.), <u>cert.</u> <u>granted</u>, 121 S. Ct. 377 (2000), and that "[t]he question to be considered by the Court is materially identical to that presented in the above-captioned case and will be determinative of this appeal."

The Supreme Court has now decided <u>Booth</u>. <u>See</u> <u>Booth</u> v. <u>Churner</u>, No. 99-1964, 2001 U.S. LEXIS 3982 (May 29, 2001). That opinion confirms the correctness of the district court's decision in this case. Consequently, we <u>vacate</u> the stay previously entered and <u>affirm</u> the judgment below.

**So Ordered.**